IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KHALED SHEHADEH,

    Plaintiff,

v.

COVENANT AVIATION SECURITY, LLC, et al.,

    Defendants.

No. C 05-02118 CRB

**ORDER TO SHOW CAUSE**

At a hearing on January 13, 2006, the Court granted plaintiff's counsel's motion to withdraw. Although the Court directed that plaintiff appear at the hearing, and although he had notice of the hearing, he did not appear. Accordingly, plaintiff is ordered to show cause why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41 for a failure to prosecute. In particular, plaintiff <u>must appear</u> at 10:00 a.m. on January 27, 2006 in Courtroom 8 at 450 Golden Gate Avenue, San Francisco. Plaintiff is warned that is failure to appear at that date and time will result in dismissal of his lawsuit.

**IT IS SO ORDERED.**

Dated: January 13, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2118\ordertoshowcause.wpd