IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALED SHEHADEH, | No. C 05-02118 CRB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| COVENANT AVIATION SECURITY, LLC, et al., | |
| Defendants. | |

The Court held a case management conference in this matter on March 24, 2006, at 10:00 a.m, at which plaintiff was instructed to appear with new counsel or inform the Court of his intention to proceed in pro per. Plaintiff failed to appear. Plaintiff also failed to appear at a hearing on January 13, 2006. As a result, this matter is hereby DISMISSED with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: March 24, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2118\order of dismissal.wpd